# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CHARLES N. BELSSNER,

    Plaintiff,

vs.

ONE NEVADA CREDIT UNION,

    Defendant.

2:17-cv-01648-JCM-VCF

**ORDER**

    Before the Court is the Plaintiff's Motion to U.S. Marshal to execute service of filings (ECF No. 3).

    On August 3, 2017, the Court granted Belssner's application to proceed *in forma pauperis* and recommended dismissal of his complaint. (ECF No. 4). Belssner's Motion to U.S. Marshal to execute service of filings (ECF No. 3) is prematurely filed.

    Accordingly,

    IT IS HEREBY ORDERED that Belssner's Motion to U.S. Marshal to execute service of filings (ECF No. 3) is DENIED without prejudice.

    DATED this 7th day of August, 2017.

                                                  _____

                                                  CAM FERENBACH  
                                                  UNITED STATES MAGISTRATE JUDGE